IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL J. ROBBINS,

    Plaintiff,

v.

PORT OF PORTLAND (PDX) TSA,

    Defendant.

No. 3:25-cv-00760-YY

ORDER

**BAGGIO, District Judge:**

On June 16, 2026, Magistrate Judge Youlee Yim You issued her Findings and Recommendations ("F&R", ECF 11) recommending that this matter be dismissed without prejudice under 28 U.S.C § 1915(e)(2)(B)(ii). Plaintiff did not file an objection to the F&R.[1]

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v.*

---

[1] Plaintiff is the only party in this matter because his pro se Complaint was dismissed without service but with leave to amend. *See* May 14, 2025, Order (ECF 5).

1 – ORDER

*Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

Upon review, the Court agrees with Judge You's recommendation and ADOPTS the F&R (ECF 11) in full. This matter is dismissed without prejudice under 28 U.S.C § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

DATED this  11th  day of July 2025.

*Amy M. Baggio*
———————————————
AMY M. BAGGIO
United States District Judge

2 – ORDER